UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>Snider, Jimmy Lee<br><br>     Defendant. | Case No.: SACR06-249<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA (originally WDTex)___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bu.legrd cnty, ties unknown; bail resources unknown; association w/ multiple personal identifiers;___

1  prior FTA;

2

3  and/or

4  B.  ☒ The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7  finding is based on  criminal history record;

8  conv for new crimes committed

9  while under supervision; alleged

10  gang affiliation

11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED:  1/12/09

17                    ROBERT N. BLOCK
                      UNITED STATES MAGISTRATE JUDGE